```
 1  MURIEL B. KAPLAN (St. Bar #124607)
    MICHELE R. STAFFORD (St. Bar #172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA  94104
    Tel: (415) 882-7900
 4  Fax: (415) 882-9287
    Email mkaplan@sjlawcorp.com
 5        mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  BOARD OF TRUSTEES OF THE NORTHERN  )   NO. C12-3848 MEJ
    CALIFORNIA SHEET METAL, et al.,    )
12                                     )   SUBSTITUTION OF
                       Plaintiffs,     )   ATTORNEYS
13                                     )
              vs.                      )
14                                     )
    LIBERTY DUCT, LLC, etc.,           )
15                                     )
                       Defendant.      )
16  _____    )

17       TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18  take notice that Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN

19  CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS

20  PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162

21  VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI, TRUSTEE, hereby make

22  the following substitution of attorneys:

23  Former Attorneys:
    ERSKINE & TULLEY
24  A PROFESSIONAL CORPORATION
    MICHAEL J. CARROLL (St. Bar #50246)
25  3030 Bridgeway, Suite 231
    Sausalito, CA 94965
26

27  should be removed and, consequently, should no longer receive

28  notice of e-Filings.

    SUBSTITUTION OF ATTORNEY                                    1
```

1 Plaintiffs' new co-counsel of record will be:

2 MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
3 SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
4 San Francisco, CA 94104
Tel: (415) 882-7900
5 Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
6 mstafford@sjlawcorp.com

7 The following attorneys consent to this substitution:

8 Dated: 3/21 , 2013     ERSKINE & TULLEY
                         A PROFESSIONAL CORPORATION
9
10
                         MICHAEL J. CARROLL
11                       Former Attorneys for Plaintiffs
                         Boards of Trustees, et al.
12
Dated: 4/2 , 2013        SALTZMAN & JOHNSON LAW CORPORATION
13
14
                         MURIEL B. KAPLAN
15                       New Attorneys for Plaintiffs
                         Boards of Trustees, et al.
16
17
18
19 The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.
20 hereby consent to the above substitution.
21 Dated: 3/21 , 2013     BOARDS OF TRUSTEES OF THE SHEET METAL
                         WORKERS, et al.
22
23
                         Bruce Word, Trustee
24
25
26 IT IS SO ORDERED.
27 Dated: April 3 , 2013
                         Magistrate Judge Maria-Elena James
28                       United States District Court

SUBSTITUTION OF ATTORNEY                                    2