1 | MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA  94104
Tel: (415) 882-7900
4 | Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
5 |      mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

7

8 |                UNITED STATES DISTRICT COURT

9 |              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOARD OF TRUSTEES OF THE NORTHERN      )   NO. C12-3848 MEJ
CALIFORNIA SHEET METAL, et al.,          )
12 |                                        )   SUBSTITUTION OF
                     Plaintiffs,          )   ATTORNEYS
13 |                                        )
                 vs.                      )
14 |                                        )
LIBERTY DUCT, LLC, etc.,                 )
15 |                                        )
                  Defendant.              )
16 | _____)

17 |      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 | take notice that Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN

19 | CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS

20 | PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162

21 | VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI, TRUSTEE, hereby make

22 | the following substitution of attorneys:

23 | Former Attorneys:
ERSKINE & TULLEY
24 | A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
25 | 3030 Bridgeway, Suite 231
Sausalito, CA 94965
26

27 | should be removed and, consequently, should no longer receive

28 | notice of e-Filings.

SUBSTITUTION OF ATTORNEY                       1

1  Plaintiffs' new co-counsel of record will be:

2  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA  94104
   Tel: (415) 882-7900
5  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
6         mstafford@sjlawcorp.com

7  The following attorneys consent to this substitution:

8  Dated:  ___3/21___ , 2013     ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION
9

10                                _____
                                  MICHAEL J. CARROLL
11                                Former Attorneys for Plaintiffs
                                  Boards of Trustees, et al.
12
   Dated:  ___4/2___ , 2013      SALTZMAN & JOHNSON LAW CORPORATION
13
14                                _____
                                  MURIEL B. KAPLAN
15                                New Attorneys for Plaintiffs
                                  Boards of Trustees, et al.
16

17

18

19  The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.

20  hereby consent to the above substitution.

21  Dated:  ___3/21___ , 2013     BOARDS OF TRUSTEES OF THE SHEET METAL
                                  WORKERS, et al.
22
23                                _____
                                  Bruce Word, Trustee
24

25

26  IT IS SO ORDERED.

27  Dated:  __April 3__ , 2013     _____
                                  Magistrate Judge Maria-Elena James
28                                United States District Court

    SUBSTITUTION OF ATTORNEY                              2